*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

MARCEL DEVON BOST,

        Defendant-Appellant.

UNPUBLISHED
June 24, 2021

No. 352402
Macomb Circuit Court
LC No. 2019-000050-FC

Before: GLEICHER, P.J., and CAVANAGH and LETICA, JJ.

LETICA, J. (*concurring*).

    I concur.

    In my view, defense counsel specifically agreed to the jury verdict form and the instructions, waiving any error. *People v Kowalski*, 489 Mich 488, 503-505; 803 NW2d 200 (2011). Even if counsel has not waived the error, for the reasons discussed by the majority, defendant is not entitled to relief.

                              /s/ Anica Letica